UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| GREGORY SPOTSWOOD,<br><br>              Plaintiff,<br><br>  vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>              Defendant. | CIV. 14-5034-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' stipulation for dismissal (Docket 37), it is hereby

ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice and without costs or further notice to either party.

Dated April 2, 2015.

                BY THE COURT:

                /s/ *Jeffrey L. Viken*
                JEFFREY L. VIKEN
                CHIEF JUDGE